IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARRELL R. PENDLEY,

       Plaintiff,

No. 6:13-cv-01945-JE

       v.

ORDER

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

       Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge John Jelderks issued a Findings and Recommendation [31] on March 2, 2016, in which he recommends that the Court affirm the Commissioner's final decision denying Mr. Pendley's application for disability insurance benefits and social security insurance.

    Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [31]. Accordingly, the Commissioner's final decision denying Mr. Pendley's application for disability insurance benefits and social security insurance is affirmed.

IT IS SO ORDERED.

DATED this 19 day of April, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER